**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD A. MORALES,<br><br>    Petitioner,<br><br>    v.<br><br>W. L. MONTGOMERY,<br><br>    Respondent. | CASE NO. 2:15-CV-06408-FMO (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>November 29, 2016</u>                    /s/
                                                    HON. FERNANDO M. OLGUIN
                                                    U.S. DISTRICT JUDGE